# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. |
| | JUDGE |
| v. | |
| | INDICTMENT |
| BRINSON CALEB SILVER | 18 U.S.C. § 401(3) |

**THE GRAND JURY CHARGES:**

## COUNT 1
### (Contempt of Court)

1.  From on or about February 27, 2023, through and including on or about May 5, 2023, in the Southern District of Ohio and elsewhere, Defendant **BRINSON CALEB SILVER** knowingly and willfully disobeyed and resisted a lawful order of a Court of the United States of America—namely, the Agreed Preliminary Injunction issued on February 27, 2023, in *Root, Inc., et al. v. Brinson Caleb Silver, et al.*, Case No. 2:23-CV-512, by the Honorable Sarah D. Morrison, United States District Judge for the Southern District of Ohio—by engaging in financial activity prohibited by the Agreed Preliminary Injunction.

**In violation of 18 U.S.C. § 401(3).**

## COUNT 2
## (Contempt of Court)

2. On or about May 9, 2023, in the Southern District of Ohio and elsewhere, Defendant **BRINSON CALEB SILVER** knowingly and willfully disobeyed and resisted a lawful order of a Court of the United States of America—namely, an Order to appear and show cause issued on May 3, 2023, in *Root, Inc., et al. v. Brinson Caleb Silver, et al.*, Case No. 2:23-CV-512, by the Honorable Sarah D. Morrison, United States District Judge for the Southern District of Ohio—by failing to appear at a show cause hearing.

**In violation of 18 U.S.C. § 401(3).**

## COUNT 3
### (Contempt of Court)

3. On or about June 2, 2023, in the Southern District of Ohio and elsewhere, Defendant **BRINSON CALEB SILVER** knowingly and willfully disobeyed and resisted a lawful order of a Court of the United States of America—namely, the Order issued on May 26, 2023, in *Root, Inc., et al. v. Brinson Caleb Silver, et al.*, Case No. 2:23-CV-512, by the Honorable Sarah D. Morrison, United States District Judge for the Southern District of Ohio—by failing to disclose to Root, Inc., all of his bank accounts and non-banked assets, including but not limited to failing to disclose a particular piece of real property located in Ramona, California.

**In violation of 18 U.S.C. § 401(3).**

**A TRUE BILL**

**s/ Foreperson**
**FOREPERSON**

**KENNETH L. PARKER**
**UNITED STATES ATTORNEY**

**PETER K. GLENN-APPLEGATE (0088708)**
Assistant United States Attorney

**DAVID J. TWOMBLY (0092558)**
Assistant United States Attorney

3