IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

United States of America,

    Plaintiff,                                  Case No.:  2:23-cr-201

    Vs.                                         Judge Sargus

Brinson Silver,

    Defendant.

## MOTION OF DEFENDANT FOR EXTENSION OF TIME TO FILE INITIAL PSR

      Now comes undersigned Counsel, Phillip A. Templeton, on behalf of Brinson Silver, and hereby respectfully requests that the Court grant an extension of time for the filing of the Initial Presentence Report in this matter.  Counsel does not anticipate that this extension will impact the final filing of the PSR.  Counsel and the PSR preparer are attempting to obtain records and information which could be important in the Court's ultimate sentencing decision.  There is no objection from the Government for this extension.

                                              Respectfully submitted,

                                              /s/PHILLIP A. TEMPLETON
                                              PHILLIP A. TEMPLETON   #0059741
                                              Attorney at Law
                                              720 South High Street
                                              Columbus, OH 43206
                                              Telephone: 740-404-2544
                                              Email:  PTempleton57@gmail.com
                                              Counsel for Defendant

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 5, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

<u>Counsel for Plaintiff</u>
Peter Glen-Applegate
Asst US Attorney
303 Marconi Blvd, 2nd Floor
Columbus, OH 43215

                                      Respectfully submitted,

                                      /s/<u>PHILLIP A. TEMPLETON</u>
                                      PHILLIP A. TEMPLETON   #0059741
                                      Attorney at Law
                                      720 South High Street
                                      Columbus, OH 43206
                                      Telephone: 740-404-2544
                                      Email:  PTempleton57@gmail.com
                                      Counsel for Defendant